AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | **APPEARANCE** |
|---|---|
| v. | CASE NUMBER: 99-307 (PG) |
| SAMUEL ACEVEDO-MUÑIZ, | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.


August 1, 2005 /s/Scott Anderson
*Date*
*Scott H. Anderson*
USDC-PR NO.: G00214
350 Torre Chardon, Suite 1201
Hato Rey, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 771-4050