# UNITED STATES DISTRICT COURT

JUDICIAL _____ District of _____ PUERTO RICO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For Offenses Committed On or After November 1, 1987) |
| Samuel ACEVEDO-MUÑIZ | Case Number: **99-CR-307-01 (PG)** |
| | Lydia LIZARRIBAR |
| | Defendant's Attorney |

**THE DEFENDANT:**

- [X] pleaded guilty to count(s)  one (on 02/26/01)
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 21:846 | Conspiracy to distribute narcotics. | April 1998 | One |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [X] Count(s)  two, three and four   [ ] is  [X] are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: March 26, 1970

Defendant's USM No.: 18335-069

Defendant's Residence Address:

Guerrero State Correctional Facility

Aguadilla, Puerto Rico   00603

July 11, 2001
Date of Imposition of Judgment

*Signature of Judicial Officer*

JUAN M. PEREZ-GIMENEZ, US District Judge
Name and Title of Judicial Officer

Defendant's Mailing Address:

Same as above.

DEFENDANT: Samuel ACEVEDO-MUÑIZ
CASE NUMBER: 99-CR-307-01 (PG)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of __TWO HUNDRED FORTY__ (240) MONTHS.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __11-1-05__ to __FCI Fort Dix__

at __Fort Dix, NJ__, with a certified copy of this judgment.

fw/ John Nash, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL