⊛AO 245C (Rev. 3/01) Sheet 1—Amended Judgment in a Criminal Case                                     (NOTE: Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT

JUDICIAL   District of   PUERTO RICO

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Samuel ACEVEDO-MUÑIZ | Case Number: 99-CR-307-01 (PG) |
| Date of Original Judgment: July 11, 2001 | Lydia LIZARRIBAR |
| (Or Date of Last Amended Judgment) | Defendant's Attorney |

**Reason for Amendment:**

☐ Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
X  Correction of Sentence by Sentencing Court (Fed. R. Crim. P.
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant to  ☒ 28 U.S.C. § 2255 or  ☐ 18 U.S.C. § 3559(c)(7)
☐ Modification of Restitution Order (18 U.S.C. § 3664)

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

**THE DEFENDANT:**
X  pleaded guilty to count(s)  ONE (on 02/26/01)
☐  pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐  was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | Conspiracy to distribute narcotics. | April 1998 | One |

The defendant is sentenced as provided in pages 2 ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
X  Count(s)  Two, Three and Four    ☐ is  X are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: March 26, 1970

Defendant's USM No.: 18335-069

Defendant's Residence Address:
Guerrero State Correctional Facility

Aguadilla, Puerto Rico 00603

July 22, 2002
Date of Imposition of Judgment

_____
Signature of Judicial Officer

JUAN M. PEREZ-GIMENEZ, U. S. District Judge
Name and Title of Judicial Officer

July 22, 2002
Date

Defendant's Mailing Address:

A/cs: 2 USM, 1 MDC
S/cs: USM, USPO, PTSO, FC

Judgment — Page 2 of 4

DEFENDANT: **Samuel ACEVEDO-MUÑIZ**
CASE NUMBER: 99-CR-307-01 (PG)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of __TWO HUNDRED FORTY__ (240) MONTHS. *This term of imprisonment is to run concurrent with the state sentence that the defendant is currently serving.

X   The court makes the following recommendations to the Bureau of Prisons:
*That, if at all possible, that the institution designated to serve this sentence be Fort Dix, New Jersey, and it is also recommended that the defendant be afforded drug rehabilitation treatment.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   before 2 p.m. on _____ .

  ☐   as notified by the United States Marshal.

  ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __11-1-05__ to __FCI Fort Dix__

at __Fort Dix, NJ__ with a certified copy of this judgment.

For/ John Nash, Warden
~~UNITED STATES MARSHAL~~

By _____
~~DEPUTY UNITED STATES MARSHAL~~